UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.

JOSE RIVERA,

              Defendant.

**ORDER**
13-CR-83S (6)

On June 15, 2020, Defendant filed a pro se motion for compassionate release under 18 U.S.C. § 3582 (c)(1)(A).  (Docket No. 672.)

IT HEREBY IS ORDERED, that the government must file a response to Defendant's motion by June 24, 2020.

FURTHER, that Defendant must file any reply by July 8, 2020.

FURTHER, that this Court will schedule oral argument, if necessary, by separate order.

SO ORDERED.

Dated:    June 16, 2020
             Buffalo, New York

                                        s/William M. Skretny
                                        WILLIAM M. SKRETNY
                                      United States District Judge