UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        v.                                          13-CR-83-WMS

JOSE RIVERA,                                      **NOTICE OF APPEARANCE**

        Defendant.
_____

To the Clerk of this Court and all parties of record:

        Please enter my appearance as additional counsel of record in this case for Defendant, Jose Rivera.

        DATED:        Buffalo, New York, June 18, 2020.

                                                Respectfully submitted,

                                                **/s/ Timothy P. Murphy**
                                                Timothy P. Murphy
                                                Assistant Federal Public Defender
                                                Federal Public Defender's Office
                                                300 Pearl Street, Suite 200
                                                Buffalo, New York 14202
                                                (716) 551-3341; FAX: 551-3346
                                                timothy_murphy@fd.org

TO:    James P. Kennedy, Jr.
           Assistant United States Attorney