UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                                           No. 13-CR-835 (6)

JOSE RIVERA,
                    DEFENDANT

### MOTION FOR ENLARGEMENT OF TIME TO FILE A NOTICE OF APPEAL

Defendant, Jose Rivera, pro se, respectfully moves the Court for an extension of time to file a notice of appeal in order to file a motion for reconsideration. Defendant would show the court:

1. Defendant initially filed a pro se motion for compassionate release pursuant to 18 USC §3582(c)(1)(A)(i). (Doc. No. 672). The Court thereafter appointed the Federal Public Defender. (Doc. No. 676) who supplement Rivera's motion and filed a reply (Doc. No. 675, 680). The Government responded (Doc. No. 679). The Court denied the motion on July 2, 2020. (Doc. 682).

2. Defendant received a copy for the Public Defender on July 13, 2020 of the order denying the motion for compassionate release.

3. Upon defendant's review of the denial order, believes the Court overlooked some material facts relevant to the matter. Defendant will file a motion for reconsideration which he has to do pro se as the Public Defender has absolved themselves of the matter.

4. THE DEFENDANT NEEDS THE ADDITIONAL TIME TO PREPARE AND FILE HIS MOTION FOR RECONSIDERATION PRIOR TO FILING THE NOTICE OF APPEAL TO BUILD THE RECORD.

5. FOR THE FOREGOING REASONED ARGUMENTS DEFENDANT REQUESTS THE COURT GRANT AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL.

DATED: JULY 15, 2020

RESPECTFULLY SUBMITTED,

*[signature]*

JOSE RIVERA, No. 22416-055
FCI ALLENWOOD LOW
P.O. BOX 1000
WHITE DEER, PA 17887

INMATE NAME/NUMBER: Jose Rivera #22416-055
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD LOW
P.O. BOX 1000
WHITE DEER, PA 17887

USDC - WDNY
JUL 20 2020
BUFFALO

13-cr-83 (6)

CLERK OF COURT/ROBERT H. JACKSON COURT HOUSE (us)
2 NIAGARA SQUARE
BUFFALO, N.Y. 14202

