IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

JOSE RIVERA,

                Defendant-Petitioner,

v.                                                    13-CR-83-WMS

UNITED STATES OF AMERICA,

                Respondent.

_____

### MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THE DEFENDANT-PETITIONER'S MOTION PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 2255

PLEASE TAKE NOTICE, that upon the annexed Affidavit of Brendan T. Cullinane, Assistant United States Attorney, the undersigned hereby moves this Court for an extension of time to file a response to the defendant-petitioner's motion pursuant to Title 28, United States Code, Section 2255.  See Doc. No. 681.

DATED:  Buffalo, New York, August 17, 2020.

                                            JAMES P. KENNEDY, JR.
                                            United States Attorney

                  BY:     s/BRENDAN T. CULLINANE
                           Assistant United States Attorney
                           United States Attorney's Office
                           Western District of New York
                           138 Delaware Avenue
                           Buffalo, New York 14202
                           716-843-5875
                           Brendan.Cullinane@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

JOSE RIVERA,

                Defendant-Petitioner,

v.                                                  13-CR-83-WMS

UNITED STATES OF AMERICA,

                Respondent.

---

## AFFIDAVIT

STATE OF NEW YORK  )
COUNTY OF ERIE       )   SS:
CITY OF BUFFALO    )

**BRENDAN T. CULLINANE**, being duly sworn, deposes and states:

1.     I am an Assistant United States Attorney for the Western District of New York and I am assigned responsibility for the above-referenced case. This affidavit is submitted in support of the government's motion for a thirty-day extension to file a response to the defendant's motion pursuant to Title 28, United States Code, Section 2255.

2.     On July 7, 2020, the defendant filed a pro se motion pursuant to Title 28, United States Code, Section 2255. See Doc. No. 681. On July 8, 2020, the Court set a scheduling order, which permitted the government to file a motion to dismiss by July 28, 2020. See Doc. No. 684. On July 28, 2020, the government filed a motion to dismiss the motion. See Doc. No. 689.

3. The Court's order also scheduled the government to respond to the defendant-petitioner's motion by August 22, 2020.  <u>See</u> Doc. No. 684.

4. Since the Court issued the scheduling order, the government has continued to review the defendant-petitioner's motion and relevant case law.  Additionally, the government has requested information regarding the defendant's motion and is awaiting that information.  Upon receipt of the additional information and continued review of the defendant's motion, in order to properly prepare and respond to the allegations in the defendant's filing, the government respectfully requests an additional thirty days to respond to the defendant's motion.

5. Based upon the foregoing, the government respectfully requests an extension until September 22, 2020, to file its response.

                                                     s/BRENDAN T. CULLINANE
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5875
Brendan.Cullinane@usdoj.gov

Subscribed and sworn to before me
this 17th day of August, 2020.

s/ Jessica M. Duquette
Notary Public of New York
Registration No.: 01DU6373793
Qualified in Erie County
My Commission Expires on 04/16/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

JOSE RIVERA,

                      Defendant-Petitioner,

      v.                                                                 13-CR-83-WMS

UNITED STATES OF AMERICA,

                      Respondent.
_____

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2020, the **MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THE DEFENDANT-PETITIONER'S MOTION PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 2255** was filed with the Clerk of the District Court using its CM-ECF system.

I further certify that as the defendant is representing himself pro se, the foregoing was provided to the defendant on August 18, 2020, via mail, at his place of incarceration stated below:

                              Jose Rivera
                              Reg. No. 22416-055
                              Allenwood Low Federal Correctional Institution
                              P.O. Box 1000
                              White Deer, PA 17887

                              **s/ JESSICA DUQUETTE**
                              Legal Assistant